**IT IS HEREBY ADJUDGED and DECREED that the below described is SO ORDERED.**

**Dated: November 25, 2008**

_____
**CRAIG A. GARGOTTA
UNITED STATES BANKRUPTCY JUDGE**

_____

### UNITED STATES BANKRUPTCY COURT
### WESTERN DISTRICT OF TEXAS AUSTIN DIVISION

| | |
|---|---|
| IN RE: | CASE NO.    08-11660-CAG |
| MICHAEL ODELL PRICE | |
| DEBTOR | CHAPTER 13 |

### ORDER FOR SUMMARY DISMISSAL OF CASE

Pursuant to the Standing Order for Case Administration for this Division, the Trustee's signature here below certifies that this case should be summarily dismissed because the Debtor(s) failed to:

1. _____ Timely file a Plan and/or Schedules;
2.   X   Attend the scheduled First Meeting of Creditors;
3. _____ Remain current on plan payments under the Debtor(s)' Confirmed Plan;
4. _____ Comply with the provisions of a previously filed order;
5. _____ Failure to submit payment advices pursuant to 11 U.S.C. §521(a)(1)(B)(iv).

It is **FURTHER ORDERED** that the Trustee be discharged and relieved of her sureties, and that the remaining balances of all debts due and owing creditors as of the date of this dismissal are not discharged or affected in any manner by this order.

# # #

I certify that the above facts are true,

/s/     Deborah B. Langehennig

Deborah B. Langehennig
3801 S Capital Of Texas Hwy
Suite 320
Austin, TX  78704-6640
(512) 912-0305
Fax: (512) 916-9234